```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -against-

DAVON HINDS,

                         Defendant.

------------------------------------------------------------------X

24-CR-433-VEC

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant's sentencing was scheduled for November 6, 2024 at 2:30pm; and

    WHEREAS Defendant was unable to appear for sentencing due to his recent arrest.

    IT IS HEREBY ORDERED that Defendant must appear for sentencing on **November 13, 2024**, at **11:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: **November 6, 2024**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**