**MEMO ENDORSED**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024
```

November 13, 2024

*Via* ECF
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Davon Hinds*, 24-CR-433 (VEC)

Dear Judge Caproni:

    This morning the Court scheduled Mr. Hinds's sentencing for December 9, 2024. Unfortunately, I am unavailable on December 9th, because I am the CJA attorney on duty in the EDNY on that day. I am also unavailable on December 10 before 1pm. I am available during the afternoon of December 10 or any other day that week. Sorry for the inconvenience.

    Accordingly, I respectfully request that the sentencing be adjourned to a different day.

Respectfully submitted,

/s

Florian Miedel
*Attorney for Davon Hinds*

cc: All parties of record (*via* ECF)

---

Application GRANTED. Mr. Hinds' sentencing is ADJOURNED to December 11, 2024 at 2:30 PM in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.   11/14/2024

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com