```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                           24-CR-433 (VEC)

    DAVON HINDS,                                         ORDER

                          Defendant.
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant's sentencing was scheduled for January 14, 2025 at 10:00 A.M.

IT IS HEREBY ORDERED that Defendant's sentencing is ADJOURNED to **January 16, 2025**, at **11:00 A.M.** in **Courtroom 20C** of the **Daniel Patrick Moynihan Courthouse**, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  **January 6, 2025**
        **New York, NY**

                                                        **VALERIE CAPRONI**
                                                  **United States District Judge**