**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/25

February 25, 2025

<u>*Via* ECF</u>
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Davon Hinds*, 24-CR-433 (VEC)

Dear Judge Caproni:

On January 21, 2025, this Court sentenced Mr. Hinds to a custodial term of 3 months. The Court ordered Mr. Hinds to surrender on March 5, 2025 to serve his sentence. Mr. Hinds has been designated to Ft. Dix FCI, and will report there on March 5th.

At the request of Pretrial Services, and with the consent of the government, I respectfully move the Court to modify the conditions of Mr. Hinds's release by eliminating electronic monitoring starting on Monday, March 3, 2025, so that Mr. Hinds can return the monitoring hardware to Pretrial Services before he starts serving his sentence.

Thank you for the Court's consideration.

Respectfully submitted,

/s

Florian Miedel
*Attorney for Davon Hinds*

cc: All parties of record (*via* ECF)

---

Application GRANTED.

SO ORDERED.     2/25/25

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com